LATHAM & WATKINS LLP
Michael H. Rubin (CA Bar No. 214636)
*michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
*melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Serrin A. Turner (*pro hac vice*)
*serrin.turner@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

Attorneys for Defendant *Accellion, Inc.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON and DEREK DAWES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:21-cv-01155-EJD<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO TOLL DEADLINES TO RESPOND TO CLASS PLAINTIFFS' COMPLAINTS AND TO EXTEND THE TIME TO ANSWER OR RESPOND TO CLASS PLAINTIFFS' COMPLAINTS OR A CONSOLIDATED AMENDED COMPLAINT**<br><br>Filed February 17, 2021 |
| SUSAN ZEBELMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC., a Delaware limited | Case No. 5:21-cv-01203-EJD<br><br>Filed February 18, 2021 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| liability company,<br><br>Defendant. | |
| HEATHER RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-01272-EJD<br><br>Filed February 22, 2021 |
| JARAMEY STOBBE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-01353-EJD<br><br>Filed February 24, 2021 |
| CHRISTINA PRICE, individually and on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 3:21-cv-01430-EJD<br><br>Filed February 26, 2021 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| EUGENE BOLTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-01645-EJD<br><br>Filed March 8, 2021 |
| VALERIE WHITTAKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-01708-EJD<br><br>Filed March 11, 2021 |
| RICKY COCHRAN and ALAIN BERREBI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO. and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-01887-EJD<br><br>Filed March 17, 2021 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| GRACE BEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-02239-EJD<br><br>Filed March 30, 2021 |
| AARON SHARP, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No. 5:21-cv-02525-EJD<br><br>Filed April 7, 2021 |
| JANET POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC., and FLAGSTAR BANCORP, INC. /d/b/a FLAGSTAR BANK,<br><br>Defendants. | Case No. 5:21-cv-02572-EJD<br><br>Filed April 8, 2021 |

| | |
|---|---|
| J. Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC., HEALTH NET LLC, AND ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-02975-EJD<br><br>Filed April 23, 2021 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

WHEREAS, there are currently 12 related proposed consumer class actions pending before the U.S. District Court for the Northern District of California against Defendant Accellion, Inc. ("Accellion"):

- *Brown v. Accellion, Inc.*, No. 5:21-cv-01155-EJD, filed February 17, 2021;
- *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD, filed February 18, 2021;
- *Rodriguez v. Accellion, Inc.*, No. 5:21-cv-01272-EJD, filed February 22, 2021;
- *Stobbe v. Accellion, Inc.*, No 5:21-cv-01353-EJD, filed February 24, 2021;
- *Price v. Accellion, Inc.*, No. 3:21-01430-EJD, filed February 26, 2021;
- *Bolton v. Accellion, Inc.*, No. 5:21-cv-01645-EJD, filed March 8, 2021;
- *Whittaker v. Accellion, Inc.*, No. 5:21-cv-01708-EJD, filed March 11, 2021,
- *Cochran v. Kroger* and *Accellion, Inc.*, No. 5:21-cv-01887-EJD, filed March 17, 2021,
- *Beyer v. Flagstar Bank and Accellion, Inc.*, No. 5:21-cv-02239-EJD ("*Beyer*"), filed March 30, 2021,
- *Sharp v. Accellion, Inc.*, No. 5:21-cv-02525-EJD, filed April 7, 2021,
- *Pollard v. Accellion, Inc. and Flagstar Bank*, No. 5:21-cv-02572-EJD, filed April 8, 2021, and
- *Doe v. Health Net of California, Inc., Health Net LLC and Accellion, Inc.*, No. 5:21-cv-02975-EJD, filed April 23, 2021, (together, the "Related Actions").

WHEREAS, on March 31, 2021, Plaintiff's counsel in *Beyer* filed a Motion for Transfer and Centralization with the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer to the Northern District of California (the "JPML Motion"), the Related Actions and certain additional actions listed herein: *Jones v. The Kroger Company*, No. 1:21-cv-00146-TSB (S.D. Oh.), *Govaert and Moore* v. *The Kroger Company*, No. 1:21-cv-00174-TSB (S.D. Oh.), *Doty, Shaw, and Simpson v. The Kroger Company*, No. 1:21-cv-00198-DRC (S.D. Oh.), *Angus and Wiedder v. Flagstar Bank, FSB*, No. 2:21-cv-10657-AJT-DRG (E.D. Mich.), *Garcia v. Flagstar Bank, FSB*, No. 2:21-cv-10671-DPH-APP (E.D. Mich.).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

WHEREAS, on April 7, 2021, Plaintiffs' counsel in *Beyer* filed a motion to consolidate the Related Actions, and any other related actions filed in, removed to, or transferred to the Northern District of California ("Motion to Consolidate") under Fed. R. Civ. P. 42(a) and to set a briefing schedule for the appointment of interim co-lead class counsel.

WHEREAS, due to the separate filing and service dates of each of the Plaintiffs' complaints, Defendant's deadlines to respond to each of the Related Actions' complaints vary with great degree.

WHEREAS, Plaintiffs' counsel for the Related Actions recognize that it would be inefficient for Defendant to respond to each complaint, particularly in light of the recently-filed JPML Motion and the Motion to Consolidate.

WHEREAS to conserve party resources and for efficiency, Accellion asked Plaintiffs to extend its time to respond to each of the Related Actions' Complaints and Plaintiffs agreed.

NOW THEREFORE, the Parties through their respective counsel hereby STIPULATE AND AGREE that:

1. The deadlines for Accellion to answer, move, or otherwise respond to the Complaints in each of the Related Actions shall be tolled.

2. The Parties agree to promptly meet and confer and, within ten (10) days of this Court's ruling on the Motion to Consolidate, submit a proposed schedule for the filing of any further complaint(s), Accellion's response to the Complaints, and any other applicable procedural deadlines based on the Court's ruling.

Dated: May 12, 2021

Respectfully submitted,

/s/*Melanie M. Blunschi*
**LATHAM & WATKINS LLP**
Michael H. Rubin (CA Bar No. 214636)
*Michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
*Melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Serrin A. Turner (*pro hac vice*)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

*Serrin.turner@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

Attorneys for Defendant *Accellion Inc.*

Dated: May 12, 2021

/s/ Polina Brandler
JULIAN HAMMOND (CA Bar No. 268489)
jhammond@hammondlawpc.com
POLINA BRANDLER (CA Bar No. 269086)
pbrandler@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
**HAMMONDLAW, PC**
11780 W. Sample Road, Suite 1103
Coral Springs, FL 33065
Tel: (310) 601-6766
Fax: (310) 295-2385

Krysta Kauble Pachman
kpachman@susmangodfrey.com
Steven Sklaver
ssklaver@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiff Madalyn Brown, et al.*

Dated: May 12, 2021

/s/ John A. Yanchunis
MICHAEL F. RAM (CA Bar No. 104805)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

JOHN A. YANCHUNIS
(*pro hac vice* application forthcoming)
RYAN D. MAXEY
(*pro hac vice* application forthcoming)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

Tampa, Florida 33602
Tel: (813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

M. ANDERSON BERRY (CA Bar No. 262879)
LESLIE GUILLON (CA Bar No. 222400)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
lguillon@justice4you.com

*Attorneys for Plaintiff Susan Zebelman*

Dated: May 12, 2021

/s/ Simon Grille

DANIEL C. GIRARD (CA Bar No. 114826)
JORDAN ELIAS (CA Bar No. 228731)
ADAM E. POLK (CA Bar No. 273000)
SIMON GRILLE (CA Bar No. 294914)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dgirard@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com
@girardsharp.com

*Attorneys for Plaintiff Heather Rodriguez*

Dated: May 12, 2021

/s/ Andrew W. Ferich

TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
THEODORE MAYA (CA Bar No. 223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*pro hac vice* pending)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650

Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

BEN BARNOW (*pro hac vice*)
*b.barnow@barnowlaw.com*
ERICH P. SCHORK (*pro hac vice*)
*e.schork@barnowlaw.com*
ANTHONY L. PARKHILL (*pro hac vice*)
*aparkhill@barnowlaw.com*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: 312.621.2000

*Attorneys for Plaintiff Jaramey Stobbe*

Dated: May 12, 2021

/s/ Gayle M. Blatt
DAVID S. CASEY (CA Bar No. 060768)
GAYLE M. BLATT (CA Bar No. 122048)
JEREMY ROBINSON (CA Bar No. 188325)
P. CAMILLE GUERRA (CA Bar No. 326546)
CATHERINE M. MCBAIN (CA Bar No. 303911)
**CASEY GERRY SHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Tel: 619-238-1811
Fax: 619-544-9232
dcasey@cglaw.com
gmb@cglaw.com
jrobinson@cglaw.com
camille@cglaw.com
kmcbain@cglaw.com

*Attorneys for Plaintiff Christina Price*

Dated: May 12, 2021

/s/ Gary F. Lynch
TODD D. CARPENTER (CA Bar No. 234464)
tcarpenter@carlsonlynch.com
**CARLSON LYNCH LLP**
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel: 619-762-1900
Fax: 619-756-6991

GARY F. LYNCH (*pro hac vice forthcoming*)
glynch@carlsonlynch.com
KELLY K. IVERSON (*pro hac vice*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

*forthcoming*)
kiverson@carlsonlynch.com
NICHOLAS COLELLA (*pro hac vice forthcoming*)
ncolella@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
Fax: 412-231-0246

*Attorneys for Plaintiff Eugene Bolton*

Dated: May 12, 2021

*/s/ Alex M. Outwater*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
ALEX M. OUTWATER (CA Bar No. 259062)
aoutwater@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: 619-233-4565
Fax: 619-233-0508

JOSEPH P. GUGLIELMO (*pro hac vice*)
jguglielmo@scott-scott.com
ERIN GREEN COMITE (*pro hac vice forthcoming*)
ecomite@scott-scott.com
CAREY ALEXANDER (*pro hac vice*)
calexander@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Attorneys for Valerie Whittaker*

Dated: May 12, 2021

*/s/ Andrew W. Ferich*
TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
THEODORE MAYA (CA Bar No. 223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*pro hac vice* forthcoming)

*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

BEN BARNOW (*pro hac vice*)
*b.barnow@barnowlaw.com*
ERICH P. SCHORK (*pro hac vice*)
*e.schork@barnowlaw.com*
ANTHONY L. PARKHILL (*pro hac vice*)
*aparkhill@barnowlaw.com*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Telephone: 312.621.2000

*Attorneys for Plaintiffs Ricky Cochran and Alan Berrebi*

Dated: May 12, 2021

/s/ *Andrew W. Ferich*

TINA WOLFSON (CA Bar No. 174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No. 172098)
*rahdoot@ahdootwolfson.com*
THEODORE MAYA (CA Bar No. 223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585

ANDREW W. FERICH (*pro hac vice* pending)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Attorneys for Plaintiff Grace Beyer*

Dated: May 12, 2021

/s/ *Kate M. Baxter-Kauf*

TODD D. CARPENTER (CA Bar No. 234464)
*tcarpenter@carlsonlynch.com*
**CARLSON LYNCH LLP**
1350 Columbia St., Ste. 603
San Diego, CA 92101

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

Tel: 619-762-1900
Fax: 619-756-6991

KAREN HANSON RIEBEL (*pro hac vice forthcoming)*
*khriebel@locklaw.com*
KATE M. BAXTER-KAUF (*pro hac vice forthcoming*)
*kmbaxter-kauf@locklaw.com*
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

*Attorneys for Plaintiff Aaron Sharp*

Dated: May 12, 2021

/*s/ Jonathan Rotter*
KARA M. WOLKE (CA Bar No. 241521)
*kwolke@glancylaw.com*
MARC L. GODINO (CA Bar No. 182689)
*mgodino@glancylaw.com*
JONATHAN ROTTER (CA Bar No. 234137)
*jrotter@glancylaw.com*
PAVITHRA RAJESH (CA Bar No. 323055)
*prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: +1.310.201.9150
Facsimile: +1.310.201.9160

*Attorneys for Plaintiff Janet Pollard*

Dated: May 12, 2021

/*s/ Matthew B. George*
LAURENCE D. KING
*lking@kaplanfox.com*
MATTHEW B. GEORGE
*mgeorge@kaplanfox.com*
MARIO M. CHOI
*mchoi@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94104
Telephone: +1.415.772.4700
Facsimile: +1.415.772.4707

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

JOEL B. STRAUSS (*pro hac vice* to be filed)
*jstrauss@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: +1.212.678.1980
Facsimile: +1.212.678.7714

*Attorneys for Plaintiff J. Doe*

PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED.**

DATED: May 13, 2021

Hon. Edward J. Davila
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD